PURE OIL COMPANY, Respondent, v. BLANCH M. KROMANN, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BENNETSEN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (to which term the time of defendant to perfect the appeal is extended) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY OLIVERI, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PALLADINO, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

RALWIN CORPORATION, Respondent, v. N. THEODORE ARVIDSON, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

JACOB RUTSTEIN, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Attention is called to the failure of the moving party to comply with rule 12. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ISIDORE WASSERSTROM, Respondent, v. PARMET BROS., INC., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MORRIS ARONOWITZ, Respondent, v. CANADIAN FUR TRAPPERS CORPORATION, Appellant.— Order denying defendant's motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

MOSES DUCKMAN, Respondent, v. FELLSMERE ESTATES CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MAX FISHBINE, Respondent, v. HYMAN LAPOF and Others, Defendants, and MOTT AVENUE FISH & FRUIT MARKET, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.